```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | KYLE REARDON
   | JEAN M. HOBLER
 3 | Assistant U.S. Attorneys
   | 501 I Street, Suite 10-100
 4 | Sacramento, CA 95814
   | Telephone: (916) 554-2700
 5 |
 6 |
 7 |
 8 |          IN THE UNITED STATES DISTRICT COURT
 9 |          FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | In the Matter of the Search of   )   Case No. 3:09-SW-0007CMK
12 |                                  )   ORDER EXTENDING
   |      468 Alamine Drive,          )   COMPUTER
13 |      Redding, CA                 )   SEARCH PROTOCOL
   |                                  )
14 |                                  )
15 | _____  )   FILED UNDER SEAL
```

FILED
JUN 12 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that the computer equipment seized pursuant to the search warrant in this matter that is still in ICE custody may be held by the government to and including July 14, 2009, for purposes of forensic examination, consistent with all other terms of the search warrant in this matter. The application, declaration, and this order shall be sealed pursuant to the existing sealing order in this case.

DATED: 6-12-09

HONORABLE CRAIG M. KELLISON
United States Magistrate Judge

1